JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ARTHUR LOPEZ,** | No. ED CV 18-01835-VBF-MRW |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| MANUEL A. RAMIREZ (Presiding Judge), | |
| and | |
| CALIFORNIA COURT OF APPEALS FOURTH DISTRICT DIVISION TWO, | |
| Defendants. | |

**Final judgment is hereby entered in favor of both defendants and against plaintiff Arthur Lopez.** IT IS SO ADJUDGED.

Dated: February 19, 2020

_Valerie Baker Fairbank_
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge